UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHELSIE M. TORTI,<br><br>    Plaintiff,<br><br>    v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>    Defendants. | )<br>)  Case No. C05-1102-JPD<br>)<br>)<br>)<br>)  ORDER GRANTING ATTORNEY'S<br>)  FEE, COSTS, AND EXPENSES<br>)<br>)<br>) |

On November 2, 2005, this case was dismissed pursuant to stipulation by the parties. Dkt. No. 15. Parties have also stipulated to an award of attorney's fee, costs, and expenses. Dkt. No. 16. Having carefully reviewed their Proposed Order and the record, the Court ORDERS that plaintiff's attorney, Anne Kysar, is awarded an attorney's fee of $2,580.62 and expenses for messenger service and postage in the amount of $63.35, under the Equal Access to Justice Act, 28 U.S.C. § 2412; and costs for the filing fee and photocopies in the amount of $254.55, pursuant to 28 U.S.C. § 1920.

DATED this 8th day of November, 2005.

*/s/ James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

ORDER GRANTING ATTORNEY'S FEE,
COSTS, AND EXPENSES
PAGE -1